1 | EDELSBERG LAW, P.A.
Scott Edelsberg (SBN 330990)
2 | scott@edelsberglaw.com
1925 Century Park E #1700
3 | Los Angeles, California 90067
Telephone: (310) 438-5355
4

5 | *Attorney for Plaintiffs*
*(Additional Attorneys Listed on Signature Page)*

6 | SPERTUS, LANDES & JOSEPHS, LLP
Kevin J. Minnick (SBN 269620)
7 | kminnick@spertuslaw.com
Amanda R. Farfel (SBN 288126)
8 | afarfel@spertuslaw.com
617 W. 7th Street, Suite 200
9 | Los Angeles, California 90017
Telephone:  (213) 205-6520
10 | Facsimile:   (213) 205-6521

11 | BOWMAN & BROOKE LLP
Vincent Galvin, Jr. (SBN 104448)
12 | vincent.galvin@bowmanandbrooke.com
Lauren O. Miller (SBN 279448)
13 | lauren.miller@bowmanandbrooke.com
1741 Technology Drive, Suite 200
14 | San Jose, California 95110
Telephone:  (408) 279-5393
15 | Facsimile:   (408) 279-5845

16 | *Attorneys for Defendant Toyota Motor Sales, U.S.A., Inc.*

17

18 | UNITED STATES DISTRICT COURT

19 | CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

20

| | |
|---|---|
| ELLIOT NAZOS, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION and TOYOTA MOTOR SALES, U.S.A., INC.,<br><br>Defendants. | Case No. 2:22-cv-02214-PA(Ex)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

1
STIPULATION FOR DISMISSAL WITH PREJUDICE

1     Plaintiffs Elliot Nazos, Christine Blight, Jeffrey Cochran, Brian and Barbara Saunders, Patricia Loughney, Emily Barbour, Thomas Pastore, Timothy and Dawn Dotson, Jill Silvernale, and Kyle Blumin, and Defendant, Toyota Motor Sales, U.S.A., Inc., by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), submit notice to the Court of the Parties' stipulation to dismiss this action with prejudice as to all of the Plaintiffs and without prejudice as to putative class members. The Parties shall bear their respective attorneys' fees and costs.

Respectfully submitted,

Dated: August 21, 2023

By: *Lesley E. Weaver*
Lesley E. Weaver (SBN 191305)
lweaver@bfalaw.com
Joshua D. Samra (SBN 313050)
jsamra@bfalaw.com
**Bleichmar Fonti & Auld LLP**
1330 Broadway, Suite 630
Oakland, CA 94612
Telephone: (415) 445-4003

Scott Edelsberg (SBN 330990)
scott@edelsberglaw.com
**Edelsberg Law, P.A.**
1925 Century Park E #1700
Los Angeles, California 90067
Telephone: (310) 438-5355

Kristen Lake Cardoso (SBN 338762)
cardoso@kolawyers.com
Jonathan M. Streisfeld (pro hac vice)
streisfeld@kolawyers.com
Jeff Ostrow (pro hac vice)
ostrow@kolawyers.com
**Kopelowitz Ostrow Ferguson Weiselberg Gilbert**
One West Las Olas, Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100

2
STIPULATION FOR DISMISSAL WITH PREJUDICE

|  |  |
|---|---|
| 1 | Steven G. Calamusa (pro hac vice) |
| 2 | scalamusa@fortheinjured.com |
|   | Geoff S. Stahl (pro hac vice) |
| 3 | gstahl@fortheinjured.com |
|   | Rachel A. Bentley (pro hac vice) |
| 4 | rbentley@fortheinjured.com |
| 5 | **Gordon & Partners, P.A.** |
|   | 4114 Northlake Boulevard |
| 6 | Palm Beach Gardens, FL 33410 |
|   | Telephone: (561) 799-5070 |
| 7 | Facsimile: (561) 799-4050 |
| 8 |   |
| 9 | Dennis O. Cohen (pro hac vice) |
|   | dennis@denniscohenlaw.com |
| 10 | **Law Office of Dennis O. Cohen, PLLC** |
| 11 | 157 13th Street |
| 12 | Brooklyn, NY 11215 |
| 13 | Telephone: (646) 859-8855 |
| 14 | *Attorneys for Plaintiffs* |

Dated: August 21, 2023        By:   *Kevin J. Minnick*
                              Kevin J. Minnick (SBN 269620)
                              kminnick@spertuslaw.com
                              **Spertus, Landes & Josephs, LLP**
                              617 W. 7th Street, Suite 200
                              Los Angeles, CA 90017

                              Vincent Galvin (SBN 104448)
                              Vincent.galvin@bowmanandbrooke.com
                              **Bowman and Brooke LLP**
                              1741 Technology Drive, Suite 200
                              San Jose, CA 95110

                              *Attorneys for Defendant*
                              *Toyota Motor Sales, U.S.A., Inc.*

3
STIPULATION FOR DISMISSAL WITH PREJUDICE

# **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the e-filing counsel attests that all other signatories listed, and on whose behalf this filing is jointly submitted, concur in the filing's content, and have authorized the filing.

Dated: August 21, 2023  /s/ *Lesley E. Weaver*
Lesley E. Weaver