JS-6

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11  ELLIOT NAZOS, et al., individually
    and on behalf of all others similarly        Case No. 2:22-cv-02214-PA(Ex)
12  situated,
                                                 **ORDER RE: STIPULATION
13              Plaintiffs,                       FOR DISMISSAL WITH
                                                 PREJUDICE PURSUANT TO
14         v.                                    FED. R. CIV. P. 41(a)(1)(A)(ii)**

15  TOYOTA MOTOR CORPORATION
    and TOYOTA MOTOR SALES,
16  U.S.A., INC.,

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER OF DISMISSAL

1        Having considered the stipulation by Plaintiffs Elliot Nazos, Christine

2 Blight, Jeffrey Cochran, Brian and Barbara Saunders, Patricia Loughney, Emily

3 Barbour, Thomas Pastore, Timothy and Dawn Dotson, Jill Silvernale, and Kyle

4 Blumin, and Defendant, Toyota Motor Sales, U.S.A., Inc., by and through their

5 undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and for

6 good cause appearing, IT IS HEREBY ORDERED that:

7       1.     This action is dismissed with prejudice as to all of the Plaintiffs and

8               without prejudice as to putative class members.

9       2.     The Parties shall bear their respective attorneys' fees and costs.

10

11

12 IT IS SO ORDERED.

13

14

15 Dated:  August 22, 2023                  _____

16                                Percy Anderson
                          UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER OF DISMISSAL